**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **UNITED STATES OF AMERICA AND THE STATE OF NEW JERSEY, ex rel. DAVID FREEDMAN,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**BAYADA HOMES HEALTH CARE, INC., *et al.*,**<br><br>**Defendants.** | **Case No. 17–cv–06267–ESK–AMD**<br><br>**ORDER** |

**THIS MATTER** having come before the Court on defendant Medical University of South Carolina's motion to unseal (Motion to Unseal) (ECF No. 124) and BAYADA Home Health Care, Inc. and David Baiada's unopposed motion to seal (Motion to Seal) (ECF No. 126); and for the reasons stated in the accompanying opinion; and for good cause appearing,

**IT IS** on this **7th** day of **May 2024** **ORDERED** that:

1. The Motion to Unseal is **GRANTED** in part and **DENIED** in part. The following docket entries shall be unsealed: ECF Nos. 1–4, 6–11, 13, 15, 18, 20, 22, 24, and 35.

2. The Motion to Seal is **GRANTED**. The following docket entries shall remain under permanent seal: ECF Nos. 5, 17, 21, 23, 28, 34, 107, 108, 109, and 110.

*/s/ Edward S. Kiel*
EDWARD S. KIEL
UNITED STATES DISTRICT JUDGE