UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF NEW JERSEY *ex rel.* DAVID FREEDMAN,<br><br>Plaintiffs,<br><br>v.<br><br>BAYADA HOME HEALTH CARE, INC., *et al.*,<br><br>Defendants. | Case No. 17–cv–06267–ESK–AMD<br><br>ORDER ON CONSENT AMENDING ORDER ENTERED SEPTEMBER 30, 2025 (ECF No. 195) |

KIEL, U.S.D.J.

    **THIS MATTER** having come before the Court on Plaintiff David Freedman's Motion for Reconsideration (ECF No. 200; "reconsideration motion") of the Court's Order entered September 30, 2025 (ECF No. 195) which granted in part and denied in part the motion of defendant MUSC Strategic Ventures' (MUSC SV) (ECF No. 172), to sever, transfer, or dismiss the Third Amended Complaint (ECF No. 139), and which dismissed all claims against MUSC SV in the third amended complaint ("claims against MUSC SV"), and which directed the Clerk of the Court to terminate MUSC SV as a defendant in this action; and

    **THE COURT** having reviewed a letter from counsel for MUSC SV on October 20, 2025 (ECF No. 206) consenting to the reconsideration motion, and to the transfer of the claims against MUSC SV to the United States District Court for the District of South Carolina in lieu of dismissal of those claims, and

THE COURT having entered a Text Order on October 21, 2023 (ECF No. 207) directing Plaintiff David Freedman and Defendant MUSC SV ("the motion parties") to file a consent order transferring the claims against MUSC SV to the United States District Court for the District of South Carolina; and

THE COURT and the motion parties having thereafter conferred further, and upon the consent of the motion parties, by and through their undersigned counsel, and for good cause shown,

IT IS HEREBY ORDERED on this 5th day of November 2025 that the Text Order entered herein on October 21, 2024 (ECF No. 207) is hereby vacated, and the Order entered herein on September 30, 2025 (ECF No. 195) is hereby amended by adding, immediately after paragraph 3 of that Order, the following new paragraph 4:

> 4. Any applicable statute of limitations as to Plaintiff-Relator's claims against MUSC SV are hereby deemed tolled from the filing of the claims against MUSC SV through November 28, 2025.

IT IS SO ORDERED.

/s/ Edward S. Kiel
_____
EDWARD S. KIEL
UNITED STATES DISTRICT JUDGE

Consented to:

| | |
|---|---|
| GOLDBERG KOHN LTD. | KING & SPAULDING LLP |
| 55 East Monroe Street, Suite 3300 | 1185 Avenue of the Americas–34th Floor |
| Chicago, IL 60603 | New York, NY 10036 |
| *Attorneys for Plaintiff-Relator David Freedman* | *Attorneys for Defendant MUSC Strategic Ventures* |
| By: s/David Morrison | By: s/T.J. Scrivo |
| David Morrison | T.J. Scrivo |