**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE of NEW JERSEY ex rel DAVID FREEDMAN,<br><br>Plaintiffs,<br><br>v.<br><br>BAYADA HOME HEALTH CARE, INC., DAVID BAIADA, et al.,<br><br>Defendants. | Civil Action No. 17-cv-06267-ESK-AMD (D.N.J.)<br><br>Honorable Ann Marie Donio |

**NOTICE OF ISSUANCE OF**
**THIRD-PARTY SUBPOENA FOR PRODUCTION OF DOCUMENTS**

PLEASE TAKE NOTICE that, pursuant to Rules 31, 34, and 45 of the Federal Rules of Civil Procedure, Defendant BAYADA Home Health Care, Inc. hereby gives notice that it shall cause a Subpoena *Duces Tecum* for the production of documents and other information to be served upon the following non-parties: Concorde Holdings, Inc., Concorde Investment Services LLC, McDermott Investment Services LLC, PNC Financial Services Group, Inc., StoneRidge Partners LLC, Team Select Services LLC, and Walgreens Boots Alliance. A true and correct copy of the subpoenas are attached hereto as **Exhibit A.**

Date: June 23, 2026

Respectfully submitted,

POLSINELLI PC

*/s/ Nipun J. Patel*
Three Logan Square
1717 Arch Street, Ste. 2800
Philadelphia, PA 19103
T: (215) 267-3009
F: (215) 267-3002
npatel@polisnelli.com

and

Scott M. Gilbert (admitted pro hac vice)
150 North Riverside Plaza, Suite 3000
Chicago, IL 60606
T: 312.819.1900
F: 312.819.1910
sgilbert@polsinelli.com

*Attorneys for Defendant BAYADA Home Health Care, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2026, a true and correct copy of the notice has been served on counsel for Plaintiff via the Court's CM/ECF filing system and via electronic mail at dbramley@mcmoranlaw.com, jkozacheck@cklawllc.com, ncartusciello@cklawllc.com.

*/s/ Nipun J. Patel*
Attorney for Defendant