UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN Proceeding Date: September 22, 2026

**JUDGE ETHAN A. HOUGAH**

Court Reporter: Court Conference Line

**TITLE OF CASE:** **DOCKET NO. 17cv6267(ESK/EAH)**
**David Freedman**
v.
**Bayada Home Health Care, Inc., et al**

**APPEARANCES:**
Douglas Bramley, Esq., Charles Mulaney, Esq. and Daniel Mozley, Esq. for plaintiff
Joshua Haber, Esq. for defendant Cape Regional Medical Center
Joseph Carney, Esq. for defendant Cape May County
Jarrett Schindler, Esq. for defendants The Visiting Nurse Assoc. of Central Jersey Health Group and Cape Visiting Nurse Association
Scott Gilbert, Esq. for defendant Bayada Home Health Care

**NATURE OF PROCEEDINGS:** Telephonic Discovery Conference

**DISPOSITION:**
Telephonic Discovery Conference held on the record
Order to be entered.

*s/Susan Bush*
**DEPUTY CLERK**

Time Commenced: 11:34 a.m. Time Adjourned: 11:57 a.m. Total time: 23 mins.